UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MUGEEB MOHAMED ALGOHAIM et al.,                :
:
Plaintiffs,            :
:              25-CV-760 (JMF)
-v-                    :
:                  ORDER
UNITED STATES OF AMERICA et al.,               :
:
Defendants.            :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  The Court will hold a telephone conference on **February 14, 2025** at **2:30 p.m.** to set a briefing schedule and discuss Plaintiff's preliminary injunction motion, including whether there is a need for discovery and/or an evidentiary hearing and whether the Court should consolidate a hearing on the motion with trial on the merits pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure. *See* ECF No. 7. Defendants are invited (but not required) to file a letter previewing their views with respect to the motion by **February 14, 2025** at **10:00 a.m.**

  The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again.

  SO ORDERED.

Dated: February 13, 2025
   New York, New York
                   _____
                      JESSE M. FURMAN
                     United States District Judge