UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                  :

MUGEEB MOHAMED ALGOHAIM et al.,       :
                                  :

               Plaintiffs,      :

                                  :          25-CV-760 (JMF)

        -v-                    :

                                  :             ORDER

UNITED STATES OF AMERICA et al.,      :

                                  :

             Defendants.     :

                                  :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record at the teleconference held earlier today, Plaintiffs shall file any reply to Defendants' opposition to the preliminary-injunction motion, *see* ECF No. 12, no later than **February 19, 2025**. By **February 21, 2025**, the parties shall file a joint letter proposing a schedule for how to proceed as to the merits.

      SO ORDERED.

Dated:  February 14, 2025
       New York, New York

                                       JESSE M. FURMAN
                                United States District Judge